# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Jeffrey H. Tope

                Plaintiff,

v.                                         Case No.: 1:18–cv–01448

                                                        Honorable Manish S. Shah

Bankers Life & Casualty Company

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 27, 2019:

      MINUTE entry before the Honorable Manish S. Shah: Pursuant to the stipulation of dismissal [64] this case is dismissed with prejudice, with the parties to bear their own costs and fees. Terminate civil case. (mss)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.